UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD RAYMOND RAMIREZ, <br> Petitioner, <br> v. <br> ROBERT L. AYERS, JR., Warden, California State Prison at San Quentin, <br> Respondent. | CASE NO. CV 91-3802 CBM <br> **DEATH PENALTY CASE** <br><br> JUDGMENT |

**IT IS HEREBY ORDERED** that Petitioner Richard Raymond Ramirez's petition for writ of habeas corpus be **CONDITIONALLY GRANTED** and that the judgment of conviction and sentence of death in the matter of People v. Richard Raymond Ramirez, Case No. C-53262 in the California Superior Court for the County of Orange, be **VACATED.**

**IT IS FURTHER ORDERED** that Respondent shall release Petitioner Richard Raymond Ramirez from custody within 120 days hereof unless, within 120 days of the date of this judgment, the State of California grants Ramirez a new trial on all guilt, special circumstance, and penalty issues in accordance with California law and the United States Constitution.

/ / /

1 **IT IS FURTHER ORDERED** that the Clerk of this Court shall
2 immediately notify the Warden of San Quentin State Prison of this Court's
3 judgment.
4 **IT IS SO ORDERED.**

6 Dated: February 5, 2008.



CONSUELO B. MARSHALL
United States District Judge

2